154 So.2d 771

Mable Romero MOUTON

v.

Don E. ST. ROMAIN et al.

No. 46829.

June 28, 1963.

Court of Appeal, Third Circuit. 153 So. 2d 890.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

154 So.2d 771

STATE of Louisiana ex rel. Elmore A. BROWN

v.

Victor G. WALKER, Warden, Louisiana State Penitentiary.

No. 46845.

July 3, 1963.

In re: Elmore A. Brown applying for writ of habeas corpus.

Not considered. The application does not comply with the rules of this Court.